MICHELLE D. ALARIE
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
MAlarie@atllp.com

DAVID C. CASTLEBERRY
Nevada Bar. No. 8981
MANNING CURTIS BRADSHAW
  & BEDNAR PLLC
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
Telephone: 801.363.5678
Facsimile: 801.364.5678
dcastleberry@mc2b.com

*Attorneys for Defendant Barrick Goldstrike Mines, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH SWEENEY, as surviving spouse, actual owner of the claims set forth herein, and/or as authorized personal representative of the estate of MICHAEL CHRISTOPHER SWEENEY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BARRICK GOLDSTRIKE MINES INC., a Foreign Corporation,<br><br>Defendant. | Case No.: 3:20-cv-644<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BARRICK GOLDSTRIKE MINES INC.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>[FIRST REQUEST] |

Defendant, BARRICK GOLDSTRIKE MINES, INC. ("Barrick"), by and through its counsel, Manning Curtis Bradshaw and Bednar, PLLC and Armstrong Teasdale LLP, and Plaintiff ELIZABETH SWEENEY, ("Sweeney"), by and through her counsel, Kemp & Kemp, Attorneys at Law, hereby agree and stipulate to extend the deadline for Barrick to answer or otherwise respond to the Complaint from February 5, 2021, 2021, to March 4, 2021. This is the first request to extend this particular deadline.

Sweeney served the Summons and Complaint against Barrick on January 15, 2021, asserting claims for disability discrimination under the ADA and NRS 613.330.

Good cause exists to extend the deadline for Barrick to respond to the Complaint to March 4, 2021. Lead counsel for Barrick was required to quarantine until January 26, 2021, after his family members contracted COVID earlier in the month. As a result, counsel for Barrick needs additional time to gather information to answer or otherwise respond to the Complaint. Sweeney has agreed to this extension of the response deadline. The parties believe the extension will not unduly delay proceedings as this case is still in its infancy and no scheduling order is currently in place. This stipulation is entered into in good faith and is not filed for improper purposes.

Accordingly, the parties request that this Court extend Barrick's deadline to answer or otherwise respond to the Complaint to March 4, 2021.

DATED this 28th day of January, 2021.                    DATED this 28th day of January, 2021.

**KEMP & KEMP**                                          **MANNING CURTIS BRADSHAW & BEDNAR PLLC**

By: */s/ James P. Kemp (signed w/ permission)*           By: */s/ David C. Castleberry*
JAMES P. KEMP, ESQ.                                      DAVID C. CASTLEBERRY
Nevada Bar No. 006375                                    Nevada Bar. No. 8981
7435 w. Azure Drive, Suite 110                           MANNING CURTIS BRADSHAW
Las Vegas, Nevada 89130                                     & BEDNAR PLLC
Telephone: (702) 258-1183                                136 East South Temple, Suite 1300
Facsimile: (702) 258-6983                                Salt Lake City, Utah 84111
jp@kemp-attorneys.com                                    Telephone No.: (801) 363-5678
                                                         Facsimile No.: (801) 364-5678
*Attorneys for Plaintiff Elizabeth Sweeney*              dcastleberry@mc2b.com

                                                         MICHELLE D. ALARIE
                                                         Nevada Bar No. 11894
                                                         ARMSTRONG TEASDALE LLP
                                                         3770 Howard Hughes Parkway, Suite 200
                                                         Las Vegas, Nevada 89169
                                                         Telephone: 702.678.5070
                                                         Facsimile: 702.878.9995
                                                         MAlarie@atllp.com

                                                         *Attorneys for Defendant Barrick Goldstrike Mines, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE
DATED: January 28, 2021