KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH SWEENEY, as surviving spouse, actual owner of the claims set forth herein, and/or as authorized personal representative of the estate of MICHAEL CHRISTOPHER SWEENEY, deceased,<br><br>                        Plaintiff,<br>vs.<br><br>BARRICK GOLDSTRIKE MINES INC., a Foreign Corporation,<br><br>                        Defendants. | Case No.: 3:20-cv-00644-ART-CSD<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEADLINES FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AT ECF NO. 28 <u>AND</u> FOR DEFENDANT TO REPLY [SECOND REQUEST]** |

Plaintiff ELIZABETH SWEENEY, as surviving spouse of Michael Christopher Sweeney, and Defendant BARRICK GOLDSTRIKE MINES INC., by and through their respective counsel of record, hereby submit this Stipulation and Order to Extend Deadline for Plaintiff To Respond to Defendant's Motion for Summary Judgement at ECF No. 28.  The parties stipulate, subject to the Court's approval, that Plaintiff have up to and including **May 31, 2022,** an 8-day extension, to file her response to Defendant's Motion for Summary Judgment at ECF No, 28, **and** Defendant have up to and including **June 28, 2022**, a fourteen-day extension, to file a reply. This request is made in good

1

faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' second request.

This case was filed on November 11, 2020. (ECF No. 1). The parties conducted discovery and were able to amicably resolve disputes without court intervention. The parties requested, and the court granted, two short extensions of discovery deadlines with discovery closing on March 2, 2022. (ECF Nos. 22 and 25). Defendant timely filed its Motion for Summary Judgment on April 1, 2022. (ECF No. 28; ECF No. 25).

On April 14, 2022, the Court granted the parties stipulation to extend Plaintiff's deadline to respond Defendant's Motion for Summary Judgement because Plaintiff's counsel had an opposition to a summary judgment motion in another matter due April 20, 2022 (two days before the opposition in this case was due), depositions the week April 25, 2022, and on May 2, 2022, had an Application for Attorneys' Fees and Costs due in a complex FLSA case that spanned six years, as well as the passing of Plaintiff's mother. (ECF Nos. 30-31).

Plaintiff's counsel is unable to meet the current deadline as she is experiencing a serious health condition which in part affects her visual acuity requiring minimal additional time to complete tasks. Defendant's counsel will be unable to meet the reply deadline because of preplanned out-of-country travel.

**\*\* REMAINDER OF PAGE INTENTIONALLY LEFT BLANK\*\***

2

For the above reasons, subject to the Court's approval, the parties stipulate that Plaintiff may have up to and including **May 31, 2022**, to file her response **and** Defendant have up to and including **June 28, 2022,** to file its reply.

Dated: May 18, 2022

/s/ Victoria L. Neal
James P. Kemp, Esq., NV Bar #6375
Victoria L. Neal, Esq., NV Bar #13382
KEMP & KEMP

Attorneys for Plaintiff
*Elizabeth Sweeney,* as surviving spouse of *Michael Christopher Sweeney*

Dated: May 18, 2022

/s/ David C. Castleberry
Michelle D. Alarie, Esq., NV Bar #11894
ARMSTRONG TEASDALE LLP

David C. Castleberry, Esq., NV Bar #8981
Kathleen D. Weron, Esq., Pro Hac Vice Utah Bar #8437
MANNING CURTIS BRADSHAW
& BEDNAR PPLC

Attorneys for Defendant
*Barrick Goldstrike Mines, Inc.*

**IT IS SO ORDERED.**

Dated: May 20, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE ANNE R. TRAUM

3