**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH SWEENEY, as surviving spouse, actual owner of the claims set forth herein, and/or as authorized personal representative of the estate of MICHAEL CHRISTOPHER SWEENEY, deceased,<br><br>                          Plaintiff,<br>vs.<br><br>BARRICK GOLDSTRIKE MINES INC., a Foreign Corporation,<br>                          Defendants. | Case No.: 3:20-cv-00644-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs.

…

…

…

…

1

WHEREFORE, the parties respectfully request that this matter be dismissed with prejudice with each party bearing their own costs and attorneys' fees.

Dated: July 14, 2023                                    Dated: July 14, 2023

/s/ Victoria L. Neal                                    /s/  David C. Castleberry
James P, Kemp, Esq., NV Bar #6375                       David C. Castleberry, NV Bar #8981
Victoria L. Neal, Esq., NV Bar #13382                   Ogletree Deakins
KEMP & KEMP

Attorneys for Plaintiff                                 Attorney for Defendant
*Elizabeth Sweeney,* as surviving spouse of             *Barrick Goldstrike Mines, Inc.*
*Michael Christopher Sweeney*

**IT IS SO ORDERED.**

Dated: July 17, 2023.

_____
Anne R. Traum
United States District Court Judge

2